NELLA MANKO, Appellant, v LENOX HILL HOSPITAL, Respondent.

Decided February 16, 2017

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the orders appealed from do not finally determine the action within the meaning of the Constitution.

Judge ABDUS-SALAAM taking no part.

SHELLEY MIZRAHI-SROUR, Respondent, v ALBERT SROUR, Appellant.

Submitted January 3, 2017; decided February 16, 2017

Motion for reargument denied [see 28 NY3d 1051 (2016)]. Motion for poor person relief dismissed as academic.

Judge WILSON taking no part.

In the Matter of NEW YORK CITY ASBESTOS LITIGATION.

LARAINE SWEBERG, Individually and as Executrix of IVAN SWEBERG, Deceased, Respondent, v ABB, INC., et al., Defendants, and CRANE CO., Appellant.

Submitted January 17, 2017; decided February 16, 2017

Reported below, 143 AD3d 483.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution (see Whitfield v City of New York, 90 NY2d 777, 780-781 [1997]).